People v Gonzalez (2025 NY Slip Op 00793)

People v Gonzalez

2025 NY Slip Op 00793

Decided on February 11, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 11, 2025

Before: Singh, J.P., González, Scarpulla, Rosado, O'Neill Levy, JJ. 

Ind. No. 241/18 Appeal No. 3659 Case No. 2022-05197 

[*1]The People of the State of New York, Respondent,
v
Alberto Gonzalez, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Simon Greenberg of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Andrew John Loizides of counsel), for respondent.

Order, Supreme Court, Bronx County (Ralph A. Fabrizio, J.), entered on or about November 7, 2022, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion in denying defendant's request for a downward departure. The mitigating factors presented by defendant were adequately taken into account by the risk assessment instrument (see e.g. People v Watson, 112 AD3d 501, 503 [1st Dept 2013], lv denied 22 NY3d 863 [2014]; see generally People v Gilotti, 23 NY3d 841, 861 [2014]), and in any event were outweighed by the seriousness of defendant's underlying crime (see People v Dunkley, 212 AD3d 564 [1st Dept 2023], lv
denied 39 NY3d 914 [2023]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 11, 2025